| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Thapar, Amul R. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Sixth Circuit | 3. Date of Report<br><br>05/15/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
35 W. Fifth Street
Covington, Kentucky 41011

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | National Advisory Council | North American South Asian Bar Association |
| 2. | Board Member | Heyburn Initiative for Judicial Excellence |
| 3. | Trustee | Centre College |
| 4. | Advisory Board Member | Berkeley Judicial Institute |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Chase College of Law Northern Kentucky University (Adjunct Professor) | $10,000.00 |
| 2. | 2018 | University of Virginia Law School | $3,960.00 |
| 3. | 2018 | Vanderbilt University Law School | $10,000.00 |
| 4. | 2018 | The Aspen Institute | $2,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed Real Estate Agent -- commissions on sales and rentals |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law School | 1/15/18 to 1/18/18 | Charlottesville, VA | Teaching | Travel, meals, hotel |
| 2. | Knoxville Inn of Court | 1/23/18 to 01/24/18 | Knoxville, TN | Speaker | Travel, meals, hotel |
| 3. | Chattanooga Federalist Society | 1/24/18 to 1/25/18 | Chattanooga, TN | Speaker | Travel, meals, hotel |
| 4. | Notre Dame University Law School | 2/15/18 to 2/16/18 | South Bend, IN | Panelist | Travel, meals, hotel |
| 5. | Duke University Law School | 2/19/18 to 2/21/18 | Durham, NC | Speaker | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 05/15/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Chicago Law School Federalist Society | 2/22/18 to 2/23/18 | Chicago, IL | Speaker | Travel, meals, hotel |
| 7. | University of Virginia Law School Federalist Society | 2/27/18 to 2/28/18 | Charlottesville, VA | Speaker | Travel, meals, hotel |
| 8. | DC Federalist Society Student Symposium | 3/8/18 to 3/11/18 | Washington, D.C. | Speaker | Travel, meals, hotel |
| 9. | University of Vanderbilt Law School | 3/21/18 to 3/25/18 | Nashville, TN | Teaching | Travel, meals, hotel |
| 10. | Stanford University Law School Federalist Society | 4/3/18 to 4/4/18 | Stanford, CA | Speaker | Travel, meals, hotel |
| 11. | California Law Review Symposium | 4/5/18 to 4/6/18 | Berkeley, CA | Panelist | Travel |
| 12. | Yale University Law School Federalist Society | 4/16/18 to 4/18/18 | New Haven, CT | Speaker | Travel, meals, hotel |
| 13. | Aspen Institute Justice & Society Seminar | 7/5/18 to 7/12/18 | Aspen, CO | Moderator | Travel, meals, hotel |
| 14. | Federalist Society Student Leadership Conference | 7/19/18 - 7/22/18 | Washington, DC | Speaker | Travel, meals, hotel |
| 15. | Federalist-Antifederalist Seminar (Federalist Society) | 9/4/18 to 9/7/18 | Avon, CO | Speaker | Travel, meals, hotel |
| 16. | Cornell University Law School | 9/10/18 to 9/12/18 | Ithaca, NY | Speaker | Travel, meals, hotel |
| 17. | Columbia University Law School Federalist Soeciety | 9/24/18 to 9/25/18 | New York, NY | Speaker | Travel, meals, hotel |
| 18. | Harvard University Law School Federalist Society | 10/11/8 to 10/12/18 | Cambridge, MA | Speaker | Travel, meals, hotel |
| 19. | Yale University Law School Federalist Society | 10/24/18 to 10/25/18 | New Haven, CT | Speaker | Travel, meals, hotel |
| 20. | Catholic University/Heritage Liberty Law Symposium | 11/8/18 to 11/9/18 | Wasington, DC | Speaker | Travel, meals, hotel |
| 21. | National Federalist Society Convention | 11/14/18 to 11/18/18 | Washington, DC | Panelist | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. TD Bank USA (Ameritrade Money Market) | A | Interest | L | T | | | | | |
| 4. Fifth Third Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 5. US Bank Checking & Savings Accounts | A | Interest | J | T | | | | | |
| 6. Paypal Inc. (Money Market) | A | Interest | J | T | | | | | |
| 7. Under Armour (UA) Common | | None | | | Closed | 01/05/18 | | | |
| 8. Under Armour (UAA) Common | | None | J | T | Sold (part) | 01/05/18 | | | |
| 9. Nuance Comm. Inc. (NUAN) Common | | None | | | Closed | 01/05/18 | | | |
| 10. Google (GOOG) Common | | None | | | Closed | 01/05/18 | | | |
| 11. Alphabet Inc. (GOOGL) Common (X) | | None | | | Closed | 01/05/18 | | | |
| 12. Tesla Corp. (TSLA) Common | | None | | | Closed | 01/05/18 | | | |
| 13. Kinder Morgan (KMI) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 14. Nike Inc. (NKE) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 15. Borg Warner (BWA) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 16. BJ Restaurants Inc. (BJRI) Common | | None | | | Closed | 01/05/18 | | | |
| 17. Polaris Industries (PII) Common | A | Dividend | | | Closed | 01/05/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chipotle Mexican Grill Inc. (CMG/B) Common | | None | J | T | Sold (part) | 01/05/18 | | | |
| 19. Disney Corp. (DIS) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 20. Activision Blizzard, Inc. (ATVI) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 21. Vail Resorts (MTN) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 22. Urban Outfitters (URBN) Common | | None | | | Closed | 01/05/18 | | | |
| 23. Texas Roadhouse (TXRH) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 24. Starbucks (SBUX) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 25. Sierra Wireless (SWIR) Common | | None | | | Closed | 01/05/18 | | | |
| 26. Match Group (MTCH) Common | | None | | | Closed | 01/05/18 | | | |
| 27. Gilead Sciences (GILD) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 28. Fannie Mae (FNM) Common (Y) | | | | | Closed | 01/05/18 | | | |
| 29. Facebook (FB) | A | Dividend | J | T | Buy (add'l) | 02/09/18 | | | |
| 30. Facebook (FB) Common | | None | J | T | Sold (part) | 03/16/18 | | | |
| 31. Hasbro Corp. (HAS) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 32. National Grocers by Vitamin Cottage (NGVC) Common | | None | | | Closed | 03/16/18 | | | |
| 33. Apple Inc. (AAPL) Common | A | Dividend | J | T | Sold (part) | 03/16/18 | | | |
| 34. Berkshire Hathaway Inc. Del Class B (BRK.B) Common | | None | K | T | Buy (add'l) | 02/09/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Exxon Mobil Corp. (XOM) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 36. Markel Corp. (MKL) Common | | None | | | Closed | 03/16/18 | | | |
| 37. Buffalo Wild Wings (BWLD) Common | | None | | | Closed | 01/05/18 | | | |
| 38. Altria Group Inc. (MO) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 39. Chesapeake (CHK) (Y) | A | Dividend | | | Closed | 03/16/18 | | | |
| 40. Federated Investors Inc. (FII) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 41. Phillip Morris International (PM) | A | Dividend | | | Closed | 03/16/18 | | | |
| 42. Generac Holdings (GNRC) Common | | None | | | Closed | 03/16/18 | | | |
| 43. Mastercard (MA) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 44. National Oilwell Varco, Inc. (NOV) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 45. The Container Store (TCS) Common | | None | | | Closed | 03/16/18 | | | |
| 46. Diplomat Pharmacy Inc. (DPLO) Common | | None | | | Closed | 03/16/18 | | | |
| 47. Mylan NV SHS Euro (MYL) Common | | None | | | Closed | 03/16/18 | | | |
| 48. Leucadia National Corp. (LUK) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 49. Trip Advisor (TRIP) Common | | None | | | Closed | 03/16/18 | | | |
| 50. Casey's General Store, Inc. (CASY) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 51. Anheuser-Busch Inbev (BUD) Common | A | Dividend | | | Closed | 03/16/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Costco Wholesale Corp. (COST) Common | A | Dividend | | | Closed | 03/16/18 | | | |
| 53. Amazon (AMZN) | A | Dividend | J | T | Buy | 02/09/18 | | | |
| 54. Vanguard 500 Index Funds | A | Dividend | J | T | Sold (part) | 02/06/18 | | | |
| 55. Vanguard Windsor Portfolio | A | Dividend | K | T | | | | | |
| 56. Vanguard Value Index Portfolio | A | Dividend | | | Closed | 02/06/18 | | | |
| 57. Now, Inc. (DNOW) Common | A | Dividend | | | Closed | 01/05/18 | | | |
| 58. McDonalds (MCD) Common | A | Dividend | J | T | | | | | |
| 59. Avadel Pharmaceuticals (AVDL) Common (previously Flamel Tech Spon ADR) | | None | | | Closed | 03/16/18 | | | |
| 60. Vanguard Mid-Cap Index Portfolio (X) | A | Dividend | J | T | | | | | |
| 61. Vanguard Small-Cap Index (X) | A | Dividend | J | T | | | | | |
| 62. Vanguard Total International Stock Index Portfolio (X) | A | Dividend | J | T | | | | | |
| 63. Vanguard Total Stock Market Portfolio (X) | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Windsor, Mid-Cap Index, Small Cap Index, Total Stock Market Index, and Total International Stock Index are part of a 529 plan. We invest monthly in the plans, but the monthly amounts invested are less than the reporting requirement.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amul R. Thapar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544